

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2015

No. 04-15-00665-CV

Verda Ann **CALDWELL**,
Appellant

v.

**LEGACY TRAILS CELL-2 HOMEOWNERS ASSOCIATION, INC.**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-14567
Honorable Larry Noll, Judge Presiding

## O R D E R

A copy of appellant's notice of appeal was filed in this court on October 27, 2015. The clerk of the court notified the appellant in writing that our records did not reflect that the filing fee in the amount of $205.00 was paid. In addition, our record contains no evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20. It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order that either: (1) the filing fee has been paid; or (2) appellant is entitled to appeal without paying the filing fee. If appellant fails to respond within the time provided, this appeal will be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c)  All other appellate deadlines are suspended pending the payment of the filing fee.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court